UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTURO C. BOLANOS,<br><br>　　　　　　　Petitioner,<br>v.<br>TIM GARRETT, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-00640-MMD-CSD<br><br>ORDER |

Arturo C. Bolanos has filed an unopposed motion for extension of time to file a second-amended 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 20.) The Court finds good cause exists to grant the motion.

It is therefore ordered that Petitioner's motion for extension of time to file a second-amended petition (ECF No. 20) is granted. Petitioner must file the petition on or before June 27, 2022.

DATED THIS 25th Day of March 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT