UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTURO C. BOLANOS,<br><br>Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00640-MMD-CSD<br><br>ORDER |

28 U.S.C. § 2254 habeas corpus Petitioner Arturo C. Bolanos seeks an extension of time to file a second-amended petition. (ECF No. 24.) He indicates that Respondents do not oppose. The Court finds that the request is made in good faith, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's third motion for extension of time to file a second-amended petition (ECF No. 24) is granted. The deadline to file the second-amended petition for writ of habeas corpus is extended to October 26, 2022.

DATED THIS 28th Day of September 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE