UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTURO C. BOLANOS,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:16-cv-00640-MMD-CSD<br><br>ORDER |

28 U.S.C. § 2254 habeas corpus Petitioner Arturo C. Bolanos moves the Court for an extension of time to file a second-amended petition. (ECF No. 26.) He indicates that Respondents do not oppose and that he does not anticipate that any further extensions will be needed. The Court finds that the request is made in good faith, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's fourth motion for extension of time to file a second-amended petition (ECF No. 26) is granted. The deadline to file the second-amended petition for writ of habeas corpus is extended to November 25, 2022.

DATED THIS 27th Day of October 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE