UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTURO C. BOLANOS,<br><br>Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00640-MMD-CSD<br><br>ORDER |

Respondents ask the Court for an extension of time to file a response to Arturo C. Bolanos' second amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 31.) Respondents' counsel explains that her office is redistributing cases after six deputy attorney generals have left during about a one-year period. Counsel for Bolanos indicated that she does not oppose the extension. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion. The Court is unlikely, absent extraordinary circumstances, to grant any further extension.

It is therefore ordered that Respondents' unopposed second motion for extension of time to file a response to the second amended petition (ECF No. 31) is granted. The deadline to file the response is extended to May 12, 2023.

DATED 10th Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE