# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTURO C. BOLANOS, | Case No. 3:16-cv-00640-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents ask the Court for an extension of time to file their reply in support of their motion to dismiss Arturo C. Bolanos' second-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 62.) The Court finds good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed first motion for extension of time to file a reply in support of their motion to dismiss (ECF No. 62) is granted *nunc pro tunc*. The deadline to file the response is extended to July 20, 2023.

DATED THIS 21st Day of June 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE