UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTURO C. BOLANOS,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:16-cv-00640-MMD-CSD<br><br>ORDER |

Respondents ask the Court for an extension of time to file their answer to Arturo C. Bolanos' second-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 66.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed first motion for extension of time to file an answer to the amended petition (ECF No. 66) is granted. The deadline to file the answer is extended to March 8, 2024.

DATED THIS 9th Day of January 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE