UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ARTURO C. BOLANOS,

                                        Petitioner,

        v.

RENEE BAKER, *et al.*,

                                        Respondents.

Case No. 3:16-cv-00640-MMD-CSD

ORDER

Arturo C. Bolanos asks the Court for an extension of time to file a reply in support of his second-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 74.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file a reply in support of the amended petition (ECF No. 74) is granted *nunc pro tunc*. The deadline to file the reply is extended to August 5, 2024.

DATED THIS 10th Day of July 2024.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE