UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARTURO C. BOLANOS,<br><br>                  Petitioner,<br>    v.<br><br>RENEE BAKER, *et al.*,<br><br>                  Respondents. | Case No. 3:16-cv-00640-MMD-CSD<br><br>ORDER |

    Arturo C. Bolanos asks the Court for an extension of time to file a reply in support of his second-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 77.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

    It is therefore ordered that Petitioner's unopposed motion for extension of time to file a reply in support of the amended petition (ECF No. 77) is granted. The deadline to reply is extended to September 4, 2024.

    DATED THIS 7th Day of August 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE